IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANDRE JUSTE, ) | |
| ) | |
| Petitioner, ) | 4:16CV3073 |
| ) | |
| V. ) | |
| ) | |
| LYNCH E. LORELTA, Attorney ) | **MEMORANDUM** |
| General, JEH JOHNSON, Secretary ) | **AND ORDER** |
| of the Department of Homeland ) | |
| Security, MICHAEL PHILLIPS, U.S. ) | |
| ICE Field Office Director, and TODD ) | |
| TRYON, Warden of Immigration ) | |
| Detention Facility, ) | |
| ) | |
| Respondents. ) | |
| ) | |

On May 27, 2016, the court ordered Petitioner to update his address within 30 days or face dismissal of this action. (Filing No. 8.) To date, Petitioner has not updated his address or taken any other action in this matter.

IT IS THEREFORE ORDERED that this matter is dismissed without prejudice because Petitioner failed to prosecute it diligently and failed to comply with this court's orders. The court will enter judgment by a separate document.

DATED this 29th day of June, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge